UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>RAPHAEL GLAPPION PINKNEY,<br>　　　　　　　　　　　Defendant. | Case No. 2:13-cr-00026-MMD-VCF<br><br>ORDER |

Before the Court is Defendant Raphael Glappion Pinkney's Motion to Withdraw Counsel. (Dkt. no. 16.) Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. Therefore, Defendant's request will be denied as it is procedurally barred. Moreover, this case has concluded upon the Judgment being entered on May 13, 2013. (Dkt. no. 14.) Nevertheless, counsel for Defendant is directed to confer with his client to determine if counsel should seek to withdraw from representation of Defendant.

To the extent Defendant is seeking to move to vacate his conviction under 28 U.S.C. § 2255 by arguing that his attorney was not effective in representing him, Defendant should be aware that the period for filing such a motion is one (1) year from the date on which the judgment of conviction becomes final or the later date of other events that probably do not apply to Defendant's situation.[1] See 28 U.S.C. § 2255(f). Again, the Judgment of Criminal Conviction was entered on May 13, 2013. (Dkt. no. 14.)

---

[1] The Court does not in any way suggest that a motion to vacate under 22 U.S.C. § 2255 would have any merits.

Defendant therefore has until May 13, 2014 to file a motion to vacate. If Defendant wishes to challenge the fact of his confinement, Defendant's recourse is to file a petition for writ of habeas corpus under 28 U.S.C. § 2241 in the district where Defendant is serving his sentence.

It is therefore ordered that Defendant's Motion to Withdraw Counsel (dkt. no. 16) is denied.

It is further ordered that the Clerk of the Court shall send Defendant two (2) copies of the motion to vacate form and one (1) copy of the instructions for the same.

It is further ordered that before Defendant's counsel may raise the issue of withdrawal with this Court, Defendant's counsel shall first file a motion to vacate on Defendant's behalf should Defendant elect to file the motion.

DATED THIS 25th day of April 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE